STATE v. MOORE

No. 556A90-2

Case below: Forsyth County Superior Court

Motion by defendant (Moore) to file ex parte analysis of privileged documents denied 24 September 1996. Petition by defendant (Moore) for writ of certiorari to review the order of the Superior Court, Stokes County denied 24 September 1996.

STATE v. MOSELEY

No. 124A93-2

Case below: Forsyth County Superior Court

Petition by defendant (Moseley) for writ of certiorari to review the order of the Superior Court, Stokes County denied 10 October 1996.

STATE v. PETTY

No. 354P96

Case below: 123 N.C. App. 355

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

STATE v. ROGERS

No. 367PA96

Case below: 123 N.C. App. 359

Petition by Attorney General for writ of supersedeas allowed 10 October 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 10 October 1996.

STATE v. ROGERS

No. 379P96

Case below: 123 N.C. App. 359

Notice of appeal by defendant (substantial constitutional question) dismissed ex mero motu 10 October 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.